Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of California ▢▾

Southern Division

| | |
|---|---|
| Othmane Fathi | Case No. S A C V 2 0 - 0 0 5 4 4 MWF(JPR) |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)* ✔ Yes ▢ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| Saddleback Valley Unified School District | |
| | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |



FILED

2020 MAR 17 AM 10: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___ EV

IFP

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Othmane Fathi |
| Street Address | P.O Box 3472 |
| City and County | Huntington Beach |
| State and Zip Code | CA, 92605 |
| Telephone Number | 714 - 585 - 7935 |
| E-mail Address | Offathi7@gmail.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                        Saddleback Valley Unified School Disctrict

    Job or Title *(if known)*

    Street Address                25631 Peter A. Hartman Way

    City and County            Mission Viejo, Orange County

    State and Zip Code        CA 92691

    Telephone Number       (949) 586-1234

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title IX of the education Amendments of 1972
Section 504 of the rehabilitation Act of 1973
title VI, 42 U.S.C. § 2000d et seq.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

  a.     If the plaintiff is an individual
        The plaintiff, *(name)* Othmane Fathi                              , is a citizen of the
        State of *(name)* California                          .

  b.     If the plaintiff is a corporation
        The plaintiff, *(name)*                                   , is incorporated
        under the laws of the State of *(name)*                                        ,
        and has its principal place of business in the State of *(name)*

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

  a.     If the defendant is an individual
        The defendant, *(name)*                                , is a citizen of
        the State of *(name)*                               . Or is a citizen of
        *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* Saddlback Valley Unified School District , is incorporated under the laws of the State of *(name)* California                                        , and has its principal place of business in the State of *(name)* California

Or is incorporated under the laws of *(foreign nation)*                                        ,

and has its principal place of business in *(name)*                                        .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
The nature of the malecious acts and its consequences.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.
See attached statement of claim.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking diciplinary actions, along with punitive and emotional damages, by executing the maximum relieves allowed by the school district's insurance policy agreement.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        03/10/2020

Signature of Plaintiff

Printed Name of Plaintiff        Othmane Fathi

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Statement of Claims

On May 10th, 2019, Mr. Hausner, the principle of Rancho Canada Elementaray School, which is located at 21801 Winding Way, Lake Forest, CA 92630, has perpetratred acts of discrimination. He refused to provide me, Othmane Fathi, father of Giselle Fathi (8 yrs old) who is a student at the named school, with my daughter's school progress report card as I needed it for family court matter. He refused to provide me with the note card despite requesting it for a month and a half prior to that, and he maliciously set me up and got me wrongfully arrested by the Sheriff's department.

On April 8th, 2019, I respectfully requested from the school administrator, Ms. Loraine, my daughter's note card to be sent to me via email. I sent a second request to the school administrator on April 16th, 2019 respectfully requesting my daughter's note card. On May 8th, 2019, I sent a third email to principal Hausner, and carbon copied the school administrator, requesting my daughter's note card (Exhibit 1).

On May 8th, 2019, I received a first response from the school administrator, with the direction of principle Hausner, stating they could only mail it to me and not email it to me. Since I urgently needed it for a family court matter, I responded back meaning that since it was the case, to please have it ready in an envelope so that I could pick it up after work. I realized it was too late so I informed school that I was going to pick it up the following day. On May 9th, 2019, Principle haunser sent me an email reinforcing the fact that they could only mail it to me

and not email it to me, a process which takes three to five business while I had an upcoming

court date two days later (Evidence 2).

On May 10th, 2019, I informed school  to have the note card ready in an

envelope and that I was going to pick it up during my lunch hour, and that If I found any

obstructions from the principal's end, that I would be seeking an ejection from his seat as a

principle, meaning that I was going to take legal actions against the school and have its principal

replaced, especially that it was the second time where he refused to give me my daughter's files

as I needed them for court matter.  Back in August 2018, I requested multiple times my

daughter's file and note card but principale Hausner has personally obstructed me. When I

called the Sheriff's department back then, deputy Jones showed up stating that there was

nothing he could do to enforce my civil rights, so I left campus with no file.

When I took myself to school on May 10th, 2019 around lunch time, I found the

administration doors locked to my face. I respectfully and gently knocked on the doors, but I

could not get the attention of any of the three ladies inside the school administration lobby. I

started dialing the numbers which were hung on the glass side wall. I could not reach anyone

with the first number I dialed. I started walking towards my car as I was dialing the second

number. While walking towards my car, deputy Jones from the sheriff's department came in

rushing out of nowhere, instructed me to stop and sit on the curb side, and automatically

handcuffed me, put me in his unit, and read the Mirand rights without a single question asked.  I

remained calm and collected and told him that all I wanted is my daughter's note card and go

back to work. He ignored me. I kept asking him questions, and towards the end of the

proceedings, he informed me that the school principal has been trying to get formal paperwork

against me so I am restrained from ever coming to campus and that's what he was doing.

The school principal's actions have not only been traumatizing and taking a tremendous emotional distress on me especially after he maliciously set me up and caused me a wrongful arrest on May 10th, 2019 (Evidence 3), but he has also been a hurdle for my daughter Giselle from obtaining the care needed for the well standing of her educational development.

Principle Hausner has been discriminating and defaming against my ethnical origin, sex, and religion.

Date: 3/16/20

OTHMANE FATHi

## Giselle Fathi's attendance and progress report card

 **OT fathi** <otfathi007@gmail.com>
4/8/2019 1:45 PM

To: Lorraine.Tonick@svusd.org

Hi Lorraine,

Can you please send me my daughter Giselle Fathi's attendance and progress report card.

Thank you,

Othmane Fathi

$Ex. I. a.$

From: OT fathi <otfathi007@gmail.com<mailto:otfathi007@gmail.com>>
Date: Tue, Apr 16, 2019 at 3:56 PM
Subject: Fwd: Giselle Fathi's attendance and progress report card
To: <Lorraine.Tonick@svusd.org<mailto:Lorraine.Tonick@svusd.org>>

Hi Lorraine,

Can you please send me my daughter Giselle Fathi's attendance and progress report card.

Thank you,

Othmane Fathi

Ex.I.b.

04/08/19

thi007@gmail.com>

rg Cc: Lorraine.Tonick@svusd.org; Suzie.Swartz@svusd.org

questing reports regarding my daughter and have been finding nothing but obstructions from your end. There is no court order stating any of the matter regarding my daugh
eriff's department on you when I wanted to pick my daughter up.

o imperatively send me reports regarding my daughter since the beginning of the year.

st convenience.

Ex. I. b.2

## Re: Giselle Fathi's attendance and progress report card

 **Tonick, Lorraine - Rancho Canada Elementary School <Lorraine.Tonick@svusd.org>**
5/8/2019 3:13 PM

To: OT fathi

Dear Mr. Fathi,

Please send me your address and I can mail you Giselle's report card.


Lori Tonick
Office Manager
Rancho Canada Elementary


*Ex. II. a*

**Re: Giselle Fathi's attendance and progress report card**

**OT fathi** <otfathi007@gmail.com>
5/8/2019 3:18 PM

To: Tonick, Lorraine - Rancho Canada Elementary School

I will be picking it within the next hour.

Thank you,

*Giselle Fathi's Father*



## Re: Giselle Fathi's attendance and progress report card

**OT fathi <otfathi007@gmail.com>**
5/8/2019 3:22 PM

To: Tonick, Lorraine - Rancho Canada Elementary School

Nevermind. I will be getting it tomorrow.

Thank you,

Giselle Fathi's Father



HHN HOAG HOSPITAL NEWPORT BEACH
1 HOAG DR
NEWPORT BEACH CA 92663-4162

Fathi, Othmane
MRN: 20013822103, DOB: 6/16/1987, Sex: M
Adm: 12/24/2019, D/C: 12/24/2019

**Patient Demographics**

| Address | Phone |
|---|---|
| PO BOX 3472 | 949-392-2534 (Home) |
| HUNTINGTON BEACH CA 92605 | 949-392-2534 (Mobile) *Preferred* |

**Admission Information**

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | 12/24/2019 1548 | Admit Date/Time: | 12/24/2019 1548 | IP Adm. Date/Time: |
| Admission Type: | Urgent | Point of Origin: | Non-healthcare Facility Point Of Orgin | Admit Category: |
| Means of Arrival: | Walk-in | Primary Service: | Emergency Medicine | Secondary Service: |
| Referral Source: | | Service Area: | HMHP HOAG MEMORIAL HOSPITAL PRESBYTERIAN SA | Unit: HOAG MEMORIAL HOSPITAL NEWPORT EMERGENCY CENTER |
| Other Provider: | John S Riel, MD | Attending Provider: | John S Riel, MD | Referring Provider: |

**Discharge Information**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 12/24/2019 1705 | Home Or Self Care | Home | None | HOAG MEMORIAL HOSPITAL NEWPORT EMERGENCY CENTER |

**ED Notes**

**ED Provider Notes by John S Riel, MD at 12/24/19 1627**

| | | | |
|---|---|---|---|
| Author: John S Riel, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 12/24/19 2103 | Date of Service: 12/24/19 1627 | Creation Time: 12/24/19 1627 |
| Status: Signed | Editor: John S Riel, MD (Physician) | |



## hoag

### EMERGENCY DEPARTMENT HISTORY AND PHYSICAL
### HOAG HOSPITAL PRESBYTERIAN

12/24/2019
4:27 PM

**Patient Name**: Othmane Fathi   **DOB**: 6/16/1987   **Medical Record**: 20013822103
**Room**: ED53
**PCP**: Cannot recall name

Information source: patient

Fathi, Othmane (MR # 20013822103) Printed by [14013049] at 2/28/20  4:13 PM        Page 1 of 7

Ex III

HHN HOAG HOSPITAL NEWPORT BEACH
1 HOAG DR
NEWPORT BEACH CA 92663-4162

Fathi, Othmane
MRN: 20013822103, DOB: 6/16/1987, Sex: M
Adm: 12/24/2019, D/C: 12/24/2019

ED Notes (continued)

ED Provider Notes by John S Riel, MD at 12/24/19 1627 (continued)

## CHIEF COMPLAINT
Chief Complaint
Patient presents with
- Anxiety

## HPI
Othmane Fathi is a 32 y.o. male who presents for evaluation of anxiety since a year ago. The patient said that he is here because he wants to see a psychiatrist. He has been having anxiety for about one year. He said it was triggered by some major events where "I was wronged". The patient noted being falsely arrested "multiple times". He has been seeing a psychologist for his symptoms. He denies homicidal ideations or suicidal ideations.

Onset:  1 year ago
Timing:  still present
Duration:  constant
Quality: anxiety

## REVIEW OF SYSTEMS
See HPI for further details. Review of systems otherwise negative.

REVIEW OF SYSTEMS:
    CONST: No fever
    ENT: No congestion.
    CVS: No chest pain
    RESP: No shortness of breath.
    GI: No abdominal pain.
    GU: No flank pain.
    MUSC: No joint pain.
    SKIN: No rash.
    NEURO: No headache.
    PSYCH: +anxiety

## PAST MEDICAL HISTORY

Past Medical History:
Diagnosis                                                                                          Date
- Anxiety

## SURGICAL HISTORY

History reviewed. No pertinent surgical history.

## SOCIAL HISTORY

Social History

HHN HOAG HOSPITAL NEWPORT BEACH
1 HOAG DR
NEWPORT BEACH CA 92663-4162

Fathi, Othmane
MRN: 20013822103, DOB: 6/16/1987, Sex: M
Adm: 12/24/2019, D/C: 12/24/2019

ED Notes (continued)

ED Provider Notes by John S Riel, MD at 12/24/19 1627 (continued)
MEDICAL DECISION MAKING

### INITIAL MDM

I was waiting and observing the patient to see if the patient needed to be admitted for medical causes.
Othmane Fathi is a 32 y.o. male who presents to the Emergency Department with the following problem list: including differential diagnosis:

**Medical Decision Making** as of Dec 24 2101

Tue Dec 24, 2019

| | Ho |
|---|---|
| | Co increased stress and anxiety for 1 year. |
| | He has increased emotional symptoms when seeing daughter like PTSD. He was arrested by report of principle. Divorced. Shared custody. |
| | Meds: used to take xanax 4-5 years ago abut he says klonipin worked better. |
| | No SI or HI. Pmh |
| | He has been seeing a psychologist. |
| | He takes marijuana to keep him calm. |
| | No etoh, no street drugs. |
| | Doing EMDR for his prior stressful events. |

No psychiatrist available
No hold or 5150 criteria to hold
Short term meds until can get to a psychiatrist.
BP (!) 154/94 | Pulse 86 | Temp 36.9 °C (98.5 °F) | Resp 18 | Ht 1.93 m (6' 4") | Wt 113.4 kg (250 lb) | SpO2 100% | BMI 30.43 kg/m²
The vital signs are reviewed and are stable.
The work up is reassuring that there is no medical emergency today.
The patient was updated regarding diagnosis and results of tests and plan. Questions were answered.
Patient was counseled regarding precautions to return to the emergency department such as worsening symptoms or failure to improve or other new concerning symptoms.
My customary teaching regarding the diagnosis and treatment and non compliance counseling that follow up is very important and if not following doctors recommendations could lead to adverse health outcomes.

| HHN HOAG HOSPITAL NEWPORT BEACH | Fathi, Othmane |
|---|---|
| 1 HOAG DR | MRN: 20013822103, DOB: 6/16/1987, Sex: M |
| NEWPORT BEACH CA 92663-4162 | Adm: 12/24/2019, D/C: 12/24/2019 |

ED Notes (continued)

ED Provider Notes by John S Riel, MD at 12/24/19 1627 (continued)

## CLINICAL IMPRESSION
1. **Anxiety**
2. PTSD (post-traumatic stress disorder)

## DISPOSITION
12/24/2019 4:56 PM

The patient's condition did not warrant admission to the hospital and they are expected to improve.   Patient is clinically stable, in no apparent danger of imminent deterioration, and deemed safe for outpatient management. Strict return precautions discussed.   I discussed the diagnosis, work up results, care plan, and follow-up instructions with the patient and answered their questions. The patient was informed which new or worsening symptoms would warrant a return to the ER for re-evaluation by a physician.  I explained my customary discharge teaching and the risks of medical non-compliance to the patient and they expressed that they understood.   Need for appropriate follow up discussed and understood.

**Disposition: DISCHARGED**
Condition: Stable
Discharged to: Home
Follow-up/Referrals:
Follow-up Information
        PHUONG NGUYEN, MD. Schedule an appointment as soon as possible for a visit in 3 days.
        Specialty:   Internal Medicine
        Contact information:
        6340 IRVINE BLVD
        Irvine CA 92620
        949-559-6500

Prescriptions:
**Discharge Medication List as of 12/24/2019 5:00 PM**

### START taking these medications

| | Details |
|---|---|
| **clonazePAM (KLONOPIN) 1 mg tablet** | Take 1 tablet by mouth Twice daily as needed for Anxiety.Disp-12 tablet, R-0, Print |

HHN HOAG HOSPITAL NEWPORT BEACH          Fathi, Othmane
1 HOAG DR                                MRN: 20013822103, DOB: 6/16/1987, Sex: M
NEWPORT BEACH CA 92663-4162              Adm: 12/24/2019, D/C: 12/24/2019

ED Notes (continued)

ED Provider Notes by John S Riel, MD at 12/24/19 1627 (continued)
**ATTESTATION**

**SCRIBE ATTESTATION**
Information entered by Callie Riel acting as scribe for John S. Riel, M.D., F.A.C.E.P.

**MD ATTESTATION**

The above documentation recorded by the scribe accurately reflects the services I performed and the decisions made by me.

RIEL, JOHN S (MD)
Emergency Medicine, F.A.C.E.P.
CA LIC. # G79765

John S Riel, MD
12/24/19 2103

Signed by John S Riel, MD on 12/24/19 2103

Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| F43.10 [Principal] | Post-traumatic stress disorder, unspecified | | | | |

Diagnosis Information

| Primary Visit Diagnosis | Anxiety [F41.9] | | |
|---|---|---|---|
| Principal Problem | None found | | |
| Visit Diagnoses | Problem List | ADT Coded Diagnoses | ADT Free Text Diagnoses |
| Anxiety [F41.9] | None found | None found | None found |
| PTSD (post-traumatic stress disorder) [F43.10] | | | |

Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 12/24/2019 1705 | Home Or Self Care | Home | None | HOAG MEMORIAL HOSPITAL NEWPORT EMERGENCY CENTER |

Encounter Orders

HHN HOAG HOSPITAL NEWPORT BEACH
1 HOAG DR
NEWPORT BEACH CA 92663-4162

Fathi, Othmane
MRN: 20013822103, DOB: 6/16/1987, Sex: M
Adm: 12/24/2019, D/C: 12/24/2019

Encounter Orders (continued)
    ** None **

All Results
    No results found

## END OF REPORT