# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: SA CV 20-00544 SB (DFMx) | Date: March 12, 2021 |
| Title: *Othmane Fathi v. Saddleback Valley Unified School District* | |

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers]

The Court Orders this matter dismissed pursuant to the Notice of Dismissal filed by Plaintiff on 3/1/2021.

**IT IS SO ORDERED**.

JS-6